AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location:** NORTHERN DISTRICT OF CALIFORNIA

*FILED FEB 28 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

### OFFENSE CHARGED

8 U.S.C. § 1326 - Illegal Reentry After Deportation (One Count)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** 20 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment.

### DEFENDANT - U.S.
NORBERTO OROZCO-CALISCO

**DISTRICT COURT NUMBER:** CR 08 0120 MMC

### PROCEEDING
Name of Complainant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

### DEFENDANT
**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No — If "Yes" give date filed

**DATE OF ARREST:** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY:** Month/Day/Year

☐ This report amends AO 257 previously submitted

Name and Office of Person Furnishing Information on THIS FORM: Joseph P. Russoniello
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Erika R. Frick

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT   Bail Amount: No bail

If Summons, complete following:
☐ Arraignment ☒ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:
Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO



**FILED**
FEB 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

NORBERTO OROZCO-CALISCO,
a/k/a Nolberto Calixto Orozco, a/k/a Norberto Calixto Orozco, a/k/a Andreas Delfierro Garcia, a/k/a/ Norbert Calixto Orozco, a/k/a Nolberto Orozco, a/k/a Marcos Callisto, a/k/a Sabas Murillo Gomez, a/k/a Nolberto c. Orozco, a/k/a Marcos Murillo Villegas,

**CR 08    0120**    MMC

DEFENDANT.

---

## INDICTMENT

VIOLATION: Title 8, United States Code, Section 1326 - Alien Found in the United States After Deportation

---

*INDICT*

A true bill.

_____
Foreman

---

Filed in open court this __28 th__ day of __February 2008__

**Brenda Tolbert**
Clerk

HON. NANDOR VADAS

Bail, $ *No process*

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED
FEB 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 08 0120 |
| Plaintiff, | VIOLATION: Title 8, United States Code, Section 1326 – Alien Found in the United States After Deportation |
| v. | |
| NORBERTO OROZCO-CALISCO, a/k/a Nolberto Calixto Orozco, a/k/a Norberto Calixto Orozco, a/k/a Andreas Delfierro Garcia, a/k/a Norbert Calixto Orozco, a/k/a Nolberto Orozco, a/k/a Marcos Callisto, a/k/a Sabas Murillo Gomez, a/k/a Nolberto C. Orozco, a/k/a Marcos Murillo Villegas, | SAN FRANCISCO VENUE |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

On or about March 9, 1994 and on or about November 16, 2004, the defendant,

NORBERTO OROZCO-CALISCO,
a/k/a Nolberto Calixto Orozco,
a/k/a Norberto Calixto Orozco,
a/k/a Andreas Delfierro Garcia,
a/k/a Norbert Calixto Orozco,
a/k/a Nolberto Orozco,

INDICTMENT

a/k/a Marcos Callisto,
a/k/a Sabas Murillo Gomez,
a/k/a Nolberto C. Orozco,
a/k/a Marcos Murillo Villegas,

an alien, was excluded, deported and removed from the United States, and thereafter, on or about January 16, 2008, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326.

DATED: 2-28-08                         A TRUE BILL.

/s/ [signature]
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ [signature]
GREGG W. LOWDER
Chief, Major Crimes Section

(Approved as to form: /s/ [signature] )
AUSA Frick

INDICTMENT