| DOCUMENTS UNDER SEAL ☐ | | | | | TOTAL TIME (mins): 7 min. | | | |
|---|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK Simone Voltz | | | REPORTER/FTR 10:04-10:11 | | | |
| MAGISTRATE JUDGE Nandor J. Vadas | | DATE June 24, 2008 | | | NEW CASE ☐ | | CASE NUMBER CR 08-0120 MMC | |
| **APPEARANCES** | | | | | | | | |
| DEFENDANT Norberto Orozco-Calisco | | AGE 38 | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Elizabeth Falk | | PD. ☒ RET. ☐ APPT. ☐ | |
| U.S. ATTORNEY Ericak Frick | | INTERPRETER Ellen Rosenthal (Spanish) | | | ☒ | FIN. AFFT SUBMITTED | ☒ | COUNSEL APPT'D |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER Betty Kim | | | DEF ELIGIBLE FOR APPT'D COUNSEL | ☒ | PARTIAL PAYMENT OF CJA FEES | ☐ |
| **PROCEEDINGS SCHEDULED TO OCCUR** | | | | | | | | |
| ☒ INITIAL APPEAR 4 min. | | ☐ PRELIM HRG | | ☐ MOTION | | ☐ JUGM'T & SENTG | | ☐ STATUS |
| ☒ I.D. COUNSEL 3 min. | | ☒ ARRAIGNMENT | | ☐ BOND HEARING | | ☐ INITIAL APPEAR REV PROB OR S/R | | ☐ OTHER |
| ☐ DETENTION HRG | | ☐ ID / REMOV HRG | | ☐ CHANGE PLEA | | ☐ PROB. REVOC. | | ☐ ATTY APPT HEARING |
| **INITIAL APPEARANCE** | | | | | | | | |
| ☒ ADVISED OF RIGHTS | | ☒ ADVISED OF CHARGES | | ☒ NAME AS CHARGED IS TRUE NAME | | ☐ TRUE NAME: | | |
| **ARRAIGNMENT** | | | | | | | | |
| ☐ ARRAIGNED ON INFORMATION | | ☒ ARRAIGNED ON INDICTMENT | | ☒ READING WAIVED SUBSTANCE | | ☐ WAIVER OF INDICTMENT FILED | | |
| **RELEASE** | | | | | | | | |
| ☐ RELEASED ON O/R | | ☐ ISSUED APPEARANCE BOND | | AMT OF SECURITY $ | | SPECIAL NOTES | | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED ☐ CASH $ | | | | CORPORATE SECURITY ☐ | | | REAL PROPERTY: ☐ | | |
| ☒ MOTION FOR DETENTION | | ☐ PRETRIAL SERVICES REPORT | | ☐ DETAINED ☐ RELEASED | | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | | ☒ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | | | |
| **PLEA** | | | | | | | | |
| ☐ CONSENT ENTERED | | ☒ NOT GUILTY | | ☐ GUILTY | | GUILTY TO COUNTS: ☐ | | |
| ☐ PRESENTENCE REPORT ORDERED | | ☐ CHANGE OF PLEA | | ☐ PLEA AGREEMENT FILED | | OTHER: | | |
| **CONTINUANCE** | | | | | | | | |
| TO: 6/25/08 | | ☐ ATTY APPT HEARING | | ☐ BOND HEARING | | ☐ STATUS RE: CONSENT | | ☒ STATUS / TRIAL SET |
| AT: 2:30PM | | ☐ SUBMIT FINAN. AFFIDAVIT | | ☐ PRELIMINARY HEARING OR ARRAIGN- MENT | | ☐ CHANGE OF PLEA | | ☐ OTHER |
| BEFORE HON. MMC | | ☐ DETENTION HEARING | | | | ☐ MOTIONS | | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED | | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ IDENTITY / REMOVAL HEARING | | ☐ PRETRIAL CONFERENCE | | ☐ PROB/SUP REV. HEARING |
| **ADDITIONAL PROCEEDINGS** | | | | | | | | |

Defendant has an INS Hold; AUSA to submit Stip and Proposed Order to Exclude Time. 6/27/08 at 9:30a.m. before Judge Zimmerman for Detention Hearing.
cc: NJV, MMC, Pretrial

DOCUMENT NUMBER:

[FILED stamp: JUN 24 2008, RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]