UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

### CRIMINAL PRETRIAL MINUTES

Date: **JUN 2 5 2008**

Case No. __CR-08-0120 MMC__

JUDGE: **Maxine M. Chesney**

__NORBERTO OROZCO-CALISCO__ *
DEFENDANT

Present (✓) Not Present ( ) In Custody (✓)

__TAREK HELOU for ERIKA FRICK__
U.S. ATTORNEY

__Elizabeth Falk__
ATTORNEY FOR DEFENDANT

Deputy Clerk: **TRACY LUCERO**

Reporter: __CONNIE Kuhl__

### PROCEEDINGS

REASON FOR HEARING __INITIAL STATUS CONFERENCE__

RESULT OF HEARING __AUSA informed the Court that Discovery will be provided soon.__
__"Potentially A FAST-TRACK eligible CASE"__

__* SPANISH INTERPRETER - Cristina Visus__

Case continued to __7/9/08 @ 2:30__ for Further Status.
Case continued to _____ for Motions.
(Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) __Preparation of COUNSEL__ Begins **JUN 2 5 2008** Ends __7/9/08__

(5 min)