1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant OROZCO-CALISCO
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,       )   No. CR-08-120 MMC
                                     )
12 |         Plaintiff,               )
                                     )   **STIPULATION AND [PROPOSED]**
13 | vs.                              )   **ORDER TO CONTINUE STATUS**
                                     )   **CONFERENCE**
14 | NORBERTO OROZCO-CALISCO,        )
                                     )   Date: July 9, 2008
15 |         Defendant.               )   Time: 2:30 p.m.
                                     )   Court: The Honorable Maxine M. Chesney
16 | _____)

17

18       Undersigned counsel stipulate as follows:

19  1.   A status conference in this matter is currently set for July 9, 2008, at 2:30 p.m.;

20  2.   Defense counsel received Mr. Orozco-Calisco's A-file on June 30, 2008. After

21       reviewing the A-file, she has determined that a review of the recorded deportation

22       proceedings in 1994 is necessary;

23  3.   Government counsel has ordered the deportation tape, but it will not likely arrive

24       prior to the status conference on July 9, 2008;

25  4.   The parties accordingly requests a continuance of the status conference for three

26       weeks to allow time for defense counsel to receive the deportation tape, review it

*Orozco,* 08-120 MMC
STIP. TO CONTINUE STATUS DATE                   1

        with her client, and discuss the need for motions or an appropriate resolution of the case;

5. The parties are requesting July 30, 2008 as a new status date;

6. The parties jointly request that the Court order an exclusion of time under the Speedy Trial Act for effective preparation of defense counsel, 18 U.S.C. § 3161(h)(8)(A) & 18 U.S.C. § 3161(B)(iv). Undersigned defense counsel confirms that she has met with her client at the North County Jail; that she has explained his right to a speedy trial; that she has further explained the purpose of requesting the government to produce the audio recorded deportation proceeding in this matter; and that Mr. Orozco-Calisco concurs that the delay is appropriate and necessary under the circumstances.

**IT IS SO STIPULATED**

Dated: July 8, 2008   _____/S/_____
ELIZABETH M. FALK
Assistant Federal Public Defender

Dated: July 8, 2008   _____/S/_____
ERIKA FRICK
Assistant United States Attorney

### [PROPOSED] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that the status conference date in the aforementioned matter currently set for July 9, 2008, is vacated. The status conference date shall be continued to July 30, 2008 at 2:30 p.m. This Court also finds that the ends of justice served by excluding the period between July 9, 2008 and July 30, 2008 outweigh the best interest of the public and the defendant in a speedy trial. Specifically, an exclusion of time is appropriate under the Speedy Trial Act between July 9, 2008 and July 30, 2008 to enable counsel to effectively prepare a defense for the above captioned defendant. *See* 18

1  U.S.C. § 3161(h)(8)(A) & 18 U.S.C. § 3161(B)(iv).

2

3      **IT IS SO ORDERED**.

4

5

6  Dated:_____      _____
                                                                                     THE HONORABLE MAXINE M. CHESNEY
                                                                                      UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26