1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant OROZCO-CALISCO
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. CR-08-120 MMC
                                    )
12            Plaintiff,            )
                                    )   STIPULATION AND [PROPOSED]
13 vs.                              )   ORDER TO CONTINUE STATUS
                                    )   CONFERENCE
14 NORBERTO OROZCO-CALISCO,         )
                                    )   Date:  July 9, 2008
15            Defendant.            )   Time:  2:30 p.m.
                                    )   Court: The Honorable Maxine M. Chesney
16 _____  )

17

18        Undersigned counsel stipulate as follows:

19   1.   A status conference in this matter is currently set for July 9, 2008, at 2:30 p.m.;

20   2.   Defense counsel received Mr. Orozco-Calisco's A-file on June 30, 2008. After

21        reviewing the A-file, she has determined that a review of the recorded deportation

22        proceedings in 1994 is necessary;

23   3.   Government counsel has ordered the deportation tape, but it will not likely arrive

24        prior to the status conference on July 9, 2008;

25   4.   The parties accordingly requests a continuance of the status conference for three

26        weeks to allow time for defense counsel to receive the deportation tape, review it

*Orozco,* 08-120 MMC
STIP. TO CONTINUE STATUS DATE        1

1     with her client, and discuss the need for motions or an appropriate resolution of
2     the case;

3   5.     The parties are requesting July 30, 2008 as a new status date;

4   6.     The parties jointly request that the Court order an exclusion of time under the
5     Speedy Trial Act for effective preparation of defense counsel, 18 U.S.C. §
6     3161(h)(8)(A) & 18 U.S.C. § 3161(B)(iv). Undersigned defense counsel
7     confirms that she has met with her client at the North County Jail; that she has
8     explained his right to a speedy trial; that she has further explained the purpose of
9     requesting the government to produce the audio recorded deportation proceeding
10     in this matter; and that Mr. Orozco-Calisco concurs that the delay is appropriate
11     and necessary under the circumstances.

12 **IT IS SO STIPULATED**

13

14 Dated: July 8, 2008                 _____/S/_____
                                        ELIZABETH M. FALK
15                                         Assistant Federal Public Defender

16 Dated: July 8, 2008                 _____/S/_____
                                        ERIKA FRICK
17                                         Assistant United States Attorney

18
                                  **[PROPOSED] ORDER**
19

20     GOOD CAUSE APPEARING, it is hereby ORDERED that the status conference date in
21 the aforementioned matter currently set for July 9, 2008, is vacated. The status conference date
22 shall be continued to July 30, 2008 at 2:30 p.m. This Court also finds that the ends of justice
23 served by excluding the period between July 9, 2008 and July 30, 2008 outweigh the best
24 interest of the public and the defendant in a speedy trial. Specifically, an exclusion of
25 time is appropriate under the Speedy Trial Act between July 9, 2008 and July 30, 2008 to
26 enable counsel to effectively prepare a defense for the above captioned defendant. *See* 18

*Orozco,* 08-120 MMC
STIP. TO CONTINUE STATUS DATE         2

1  U.S.C. § 3161(h)(8)(A) & 18 U.S.C. § 3161(B)(iv).

3  **IT IS SO ORDERED**.

5  Dated: July 8, 2008

6  _____
   THE HONORABLE MAXINE M. CHESNEY
   UNITED STATES DISTRICT JUDGE