UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-filing

Date: JUL 3 0 2008

Case No. CR-08-0120 MMC

JUDGE: Maxine M. Chesney

NORBERTO OROZCO-CALISCO *
DEFENDANT

Present (✓) Not Present ( ) In Custody (✓)

ERIKA FRICK
U.S. ATTORNEY

Elizabeth Falk
ATTORNEY FOR DEFENDANT

Deputy Clerk: TRACY LUCERO

Reporter: Belle Ball

## PROCEEDINGS

REASON FOR HEARING: Further Status Conference

RESULT OF HEARING: Audio tape from Deportation Hearing to be provided to ∆'s counsel - as soon as it is received by AUSA.

* Spanish Interpreter - Melinda Basker

Case continued to 8/20/08 @ 2:30 for Further Status.
Case continued to _____ for Motions.
(Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) Preparation of Counsel  Begins JUL 3 0 2008  Ends 8/20/08

(5 min)