1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   19 th Floor, Box 36106
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5

6  Counsel for Defendant OROZCO-CALISCO

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,           )   No. CR 08-0120 MMC
                                       )
12         Plaintiff,                  )   **STIPULATION AND [PROPOSED]**
                                       )   **ORDER EXCLUDING TIME UNDER**
13     vs.                             )   **THE SPEEDY TRIAL ACT**
                                       )
14 NORBERTO OROZCO-CALISCO,            )
                                       )
15         Defendant.                  )
   _____)
16

17      Defendant and the government, through their respective counsel, hereby stipulate and

18 jointly request that the time from August 20, 2008, to September 3, 2008, be excluded under the

19 Speedy Trial Act, 18 U.S.C. § 3161 (h)(8)(B)(iv), on the grounds that the interests of justice

20 requires continuity of defense counsel. Undersigned defense counsel is taking over as new

21 counsel and will be out of the office on leave on the date presently set. Accordingly, the parties

22 agree to and request that the hearing be continued until September 3, 2008, at 2:30 p.m. and time

23 should be excluded from the Speedy Trial Act calculation for the weeks that defense counsel is

24 unavailable.

25 //

26 //

Stipulation and [Proposed] Order Excl. Time
*U.S. v. Orozco-Calisco;* CR 08-0120 MMC          1

IT IS SO STIPULATED.

Dated:    August 12, 2008                    _____/s/_____
                                             RONALD C. TYLER
                                             Assistant Federal Public Defender

Dated:    August 12, 2008                    _____/s/_____
                                             ERIKA R. FRICK
                                             Assistant United States Attorney

**IT IS SO ORDERED.**

Dated:_____                _____
                                             THE HONORABLE MAXINE M. CHESNEY
                                             UNITED STATES DISTRICT COURT JUDGE