1 | BARRY J. PORTMAN
Federal Public Defender
2 | RONALD C. TYLER
Assistant Federal Public Defender
3 | 450 Golden Gate Avenue
19 th Floor, Box 36106
4 | San Francisco, CA 94102
Telephone: (415) 436-7700

6 | Counsel for Defendant OROZCO-CALISCO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 08-0120 MMC |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER EXCLUDING TIME UNDER** |
| vs. | ) | **THE SPEEDY TRIAL ACT** ; ORDER |
| | ) | CONTINUING STATUS CONFERENCE |
| NORBERTO OROZCO-CALISCO, | ) | |
| Defendant. | ) | |

Defendant and the government, through their respective counsel, hereby stipulate and jointly request that the time from August 20, 2008, to September 3, 2008, be excluded under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(8)(B)(iv), on the grounds that the interests of justice requires continuity of defense counsel. Undersigned defense counsel is taking over as new counsel and will be out of the office on leave on the date presently set. Accordingly, the parties agree to and request that the hearing be continued until September 3, 2008, at 2:30 p.m. and time should be excluded from the Speedy Trial Act calculation for the weeks that defense counsel is unavailable.

//

//

Stipulation and [Proposed] Order Excl. Time
*U.S. v. Orozco-Calisco;* CR 08-0120 MMC         1

1    IT IS SO STIPULATED.

2

3    Dated:    August 12, 2008                          _____/s/_____
                                                        RONALD C. TYLER
4                                                       Assistant Federal Public Defender

5    Dated:    August 12, 2008                          _____/s/_____
                                                        ERIKA R. FRICK
6                                                       Assistant United States Attorney

7

8    **IT IS SO ORDERED.** The Status Conference is continued from August 20, 2008 to
     September 3, 2008.
9

10

11   Dated: August 18, 2008                             _____
                                                        THE HONORABLE MAXINE M. CHESNEY
12                                                      UNITED STATES DISTRICT COURT JUDGE