UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-filing

Date: SEP X 3 2008

Case No. CR-08-0120 MMC    JUDGE: Maxine M. Chesney

Norberto Orozco-Calisco *    Present (✓) Not Present ( ) In Custody (✓)
DEFENDANT

Erika Frick    Ronald Tyler
U.S. ATTORNEY    ATTORNEY FOR DEFENDANT

Deputy Clerk: TRACY LUCERO    Reporter: Connie Kuhl

**PROCEEDINGS**

REASON FOR HEARING  Further Status Conference

RESULT OF HEARING  AFPD Ron Tyler just got assigned to the case & needs additional time to come up to speed on this case.

* Spanish interpreter - Alethea Hanna

Case continued to  9/24/08 @ 2:30  for Further Status.
Case continued to _____ for Motions.
            (Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) Preparation of Counsel  Begins SEP X 3 2008  Ends 9/24/08

(5 min)